Mabel New and Hilda Youngren, Appellees, v. Abell Howe Company, Appellant.

Gen. No. 43,395.

Heard in the second division, first district, this court at the June term, 1945; opinion filed December 18, 1945; released for publication January 2, 1946. Arthur F. Gruenwald and C. Helmer Johnson, for appellant; Lederer, Livingston, Kahn & Adsit and Clarence M. Dunagan, for appellees; Clarence M. Dunagan, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.